UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:26-cv-61343-MD

CHRISTOPHER MAXFIELD,

      Plaintiff,

v.

HEALTHCARE SYSTEMS OF AMERICA-
FLORIDA LLC, d/b/a FLORIDA MEDICAL
CENTER, HSA NSMC LLC d/b/a FLORIDA
MEDICAL CENTER, and HSA FMC LLC d/b/a
FLORIDA MEDICAL CENTER,

      Defendant

_____/

### DEFENDANTS' *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants, HEALTHCARE SYSTEMS OF AMERICA-FLORIDA LLC, d/b/a FLORIDA MEDICAL CENTER, HSA NSMC LLC d/b/a FLORIDA MEDICAL CENTER, and HSA FMC LLC d/b/a FLORIDA MEDICAL CENTER, move the Court to extend the deadline for Defendants to respond to Plaintiff's Complaint, and state as follows:

1. Plaintiff filed his Complaint on May 5, 2026, which was served on each Defendant on May 7, 2026.

2. Defendants' deadline to respond to Plaintiff's Complaint is currently May 28, 2026, however, Defendants respectfully request that this Court extend the deadline to respond to Plaintiff's Complaint by fourteen (14) days. This extension would make the new deadline to respond to Plaintiff's Complaint on June 11, 2026.

3. The parties have conferred and Plaintiff has agreed to the two-week extension sought in this Motion.

CASE NO. 0:26-cv-61343-MD

4.      This extension will allow the Defendants to adequately investigate and respond to the allegations in Plaintiff's Complaint. This extension is sought in good faith and is not intended to unnecessarily delay the proceedings.

WHEREFORE, the Defendants respectfully request that the Court enter an Order extending Defendants' deadline to respond to Plaintiff's Complaint to June 11, 2026.

Respectfully submitted,

*/s/ Robert E. Paradela, Jr.*
Carlos A. Garcia, Esquire
Florida Bar No. 99768
cagarcia@wickersmith.com
Robert E. Paradela, Jr., Esquire
Florida Bar No. 1035485
reparadela@wickersmith.com
WICKER SMITH O'HARA
McCOY & FORD, P.A.
515 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
Telephone:      (954) 847-4800
Facsimile:      (954) 760-9353
*Attorneys for Healthcare Systems of America-Florida LLC,*
*d/b/a Florida Medical Center*