**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 26-61343-CIV-DAMIAN/Strauss**

CHRISTOPHER MAXFIELD,
individually.

      Plaintiff,

vs.

HEALTHCARE SYSTEMS OF
AMERICA-FLORIDA LLC, D/B/A
FLORIDA MEDICAL CENTER,
HSA NSMC LLC D/B/A FLORIDA
MEDICAL CENTER, and
HSA FMC LLC D/B/A FLORIDA
MEDICAL CENTER.

      Defendants.

_____/

## JOINT SCHEDULING REPORT

COME NOW, Plaintiff, CHRISTOPHER MAXFIELD ("Plaintiff"), and Defendants, HEALTHCARE SYSTEMS OF AMERICA-FLORIDA, LLC, D/B/A FLORIDA MEDICAL CENTER ("HSAF"), HSA NSMC LLC D/B/A FLORIDA MEDICAL CENTER ("HSA NSMC"), AND HSA FMC LLC D/B/A FLORIDA MEDICAL CENTER ("HAS FMC"), (collectively Plaintiff and Defendants are the "Parties"), pursuant to Local Rule 16.1, file their Joint Scheduling Report proposing the following schedule:

**Local Rule 16.1(b)(2) Conference Report**

**(A)     Likelihood of Settlement**

At this time, the parties are unable to assess the likelihood of settlement. The Parties agree to discuss settlement in good faith and will continue such

discussions as the case progresses, as contemplated by S.D. Fla. L.R. 16.1(B)(5).

**(B)     The Likelihood of Appearance in the Action of Additional Parties**

None at this time.

**(C)     Proposed Limits on the Time to Amend Pleadings, Join Parties, File and Hear Motions and Complete Discovery**

The Parties' proposed time limits for the forgoing are set forth in the attached proposed Scheduling Order.

**(D)     Simplification of Issues and Summary Judgment Motions**

The Parties proposed time limit to file summary judgment motions, if any, is set forth in the attached proposed Scheduling Order.

**(E)     Amendments to Pleadings**

The Parties do not anticipate a need to amend the pleadings at this time but reserve the right to do so given additional facts, if any, that are discovered during the litigation of this case that would necessitate an amendment.

**(F)     Possibility of Obtaining Admissions of Fact and of Documents, Electronically Stored Information or Things Which Will Avoid Unnecessary Proof, Stipulations Regarding Authenticity of Documents, Electronically Stored Information of Things, and the Need for Advance Rulings from the Court on the Admissibility of Evidence**

The Parties anticipate that they may be able to agree on certain admissions and/or stipulations in order to avoid unnecessary proof. The Parties agree to meet and confer to discuss the possibility of stipulations regarding facts, the authenticity of documents, and the need for advance rulings from the Court on the admissibility of evidence.

**(G)    Suggestions for the Avoidance of Unnecessary Proof and of Cumulative Evidence**

The Parties will strive to avoid presenting unnecessary proof and/or cumulative evidence. The Parties agree that they will seek to stipulate to uncontested facts and the admissibility of testimonial, physical, and documentary evidence wherever possible. Currently, however, the parties do not have any specific suggestions for the avoidance of unnecessary proof and of cumulative evidence.

**(H)    Referring Matters to a Magistrate Judge or Master**

The parties have no objection to referring to motions concerning discovery, for costs, for attorneys' fees, for sanctions or contempt, and other pre-trial matters (but not the trial on the merits) to the Magistrate Judge for resolution.

**(I)    Estimated Length of Trial**

The Parties estimate that the jury trial will last approximately 3 days.

**(J)    Requested Date(s) for Conferences Before Trial, Final Pretrial Conference, and Trial**

The Parties' proposed time frames for conferences and trial are set forth in the attached proposed Scheduling Order.

**(K)    Any Other Information that Might be Helpful to the Court in Setting the Case for Status or Pretrial Conference**

None.

**(L)    Trial By Jury or Non-Jury**

Plaintiff has demanded a trial by jury.

3

Respectfully submitted on this 30th day of June 2026,


By: */s/ Felipe Gonzalez, Esq.*
J. Freddy Perera, Esq.
Florida Bar No. 93625
freddy@pba-law.com
Nathaly Saavedra, Esq.
Florida Bar No. 118315
Nathaly@pba-law.com
Felipe Gonzalez, Esq.
Florida Bar No. 1026023
Felipe@pba-law.com

**PERERA LAW GROUP**
12555 Orange Drive
Suite 4107
Davie, FL 33330
Telephone: 786-485-5232

*Attorneys for Plaintiff*

By: */s/ Carlos A. Garcia, Esq.*
Carlos A. Garcia, Esq.
Florida Bar No. 99768
FTLcrtpleadings@wickersmith.com
WICKER SMITH O'HARA
MCCOY & FORD, P.A
515 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
Phone: (954) 847-4800
Fax: (954) 760-9353

*Attorney for Defendants*