**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:26-cv-61343-MD

CHRISTOPHER MAXFIELD,

      Plaintiff,

v.

HEALTHCARE SYSTEMS OF AMERICA-FLORIDA
LLC, d/b/a FLORIDA MEDICAL CENTER, HSA
NSMC LLC d/b/a FLORIDA MEDICAL CENTER, and
HSA FMC LLC d/b/a FLORIDA MEDICAL CENTER,

      Defendants

_____/

## DEFENDANT HSA FMC LLC D/B/A FLORIDA MEDICAL CENTER'S RULE 7.1 DISCLOSURE STATEMENT

Defendant, HSA FMC LLC, d/b/a Florida Medical Center ("HSA FMC"), by and through the undersigned attorneys, files its Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, and states as follows:

1.     Defendant HSA FMC LLC, d/b/a Florida Medical Center states that it is 100% owned by HEALTHCARE SYSTEMS OF AMERICA-FLORIDA, LLC.

2.     Defendant HSA FMC LLC, d/b/a Florida Medical Center states that no publicly held corporation owns 10% or more of its stock.

3.     The following have a financial interest in the outcome of this case:

    a.  Healthcare Systems of America-Florida LLC, d/b/a Florida Medical Center.

    b.  HSA NSMC LLC d/b/a Florida Medical Center.

    c.  HSA FMC LLC d/b/a Florida Medical Center.

    d.  Healthcare Systems of America, Corporation.

CASE NO. 0:26-cv-61343-MD

    e.   Christopher Maxfield.

    f.   MedPro Group USA Inc.

Date: July 13, 2026

*/s/ Robert E. Paradela, Jr.*
Robert E. Paradela, Jr., Esquire
Florida Bar No. 1035485
Carlos A. Garcia, Esquire
Florida Bar No. 99768
WICKER SMITH O'HARA MCCOY & FORD, P.A.
*Attorneys for Defendants*
515 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
Phone: (954) 847-4800
Fax: (954) 760-9353
FTLcrtpleadings@wickersmith.com

- 2 -