**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:26-cv-61343-CIV-DAMIAN/Strauss**

CHRISTOPHER MAXFIELD,
individually.

       Plaintiff,

vs.

HEALTHCARE SYSTEMS OF
AMERICA-FLORIDA LLC, D/B/A
FLORIDA MEDICAL CENTER,
HSA NSMC LLC D/B/A FLORIDA
MEDICAL CENTER, and
HSA FMC LLC D/B/A FLORIDA
MEDICAL CENTER.

       Defendants.

_____/

**PLAINTIFF, CHRISTOPHER MAXFIELD'S**
**CERTIFICATE OF INTERESTED PARTIES**

Plaintiff, CHRISTOPHER MAXFIELD ("Plaintiff"), pursuant to the Court's

June 25, 2026, Order [ECF No. 15], hereby states the following:

**CERTIFICATE OF INTERESTED PARTIES**

1.    Christopher Maxfield, Plaintiff

2.    Healthcare Systems of America-Florida LLC D/B/A Florida Medical Center – Defendant

3.    HSA NSMC LLC D/B/A Florida Medical Center – Defendant

4.    HSA FMC LLC D/B/A Florida Medical Center – Defendant

5.    J. Freddy Perera, Esq. – Counsel for Plaintiff, Christopher Maxfield

6.    Nathaly Saavedra, Esq. – Counsel for Plaintiff, Christopher Maxfield

7.    Felipe Gonzalez, Esq. – Counsel for Plaintiff, Christopher Maxfield

**PERERA LAW GROUP, P.A.**
12555 Orange Drive · #4107 · Davie, FL 33330
www.PBA-Law.com · Phone (786) 485.5232

8.   Perera Law Group, P.A. – Counsel for Plaintiff, Christopher Maxfield

9.   Wahid Vizcaino Geller, PLLC – Counsel for Defendants

10.  David Geller, Esq., Wahid Vizcaino Geller, PLLC – Counsel for Defendants

11.  Wicker Smith O'Hara McCoy & Ford, P.A. – Counsel for Defendants

12.  Carlos A. Garcia, Esq., Wicker Smith O'Hara McCoy & Ford, P.A. – Counsel for Defendants.

13.  Robert E. Paradela, Jr., Esq., Wicker Smith O'Hara McCoy & Ford, P.A. – Counsel for Defendants.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 15, 2026, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF and that the foregoing documents being served this day on all counsel or parties of record via transmission of a Notice of Electronic Filing generated by CM/ECF.

By: */s/ Felipe Gonzalez*
J. Freddy Perera, Esq.
Florida Bar No. 93625
Freddy@pba-law.com
Nathaly Saavedra, Esq.
Florida Bar No. 118315
Nathaly@pba-law.com
Felipe Gonzalez, Esq.
Florida Bar No. 1026023
Felipe@pba-law.com

**PERERA LAW GROUP**
12555 Orange Drive
Suite 4107
Davie, FL 33330
Telephone: 786-485-5232

*Attorneys for Plaintiff*