UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:26-cv-61343-DAMIAN/STRAUSS

CHRISTOPHER MAXFIELD and
ELIZABETH MAXFIELD,

Plaintiffs,

vs.

HEALTHCARE SYSTEMS OF
AMERICA-FLORIDA LLC, D/B/A
FLORIDA MEDICAL CENTER,
HSA NSMC LLC D/B/A FLORIDA
MEDICAL CENTER, and
HSA FMC LLC D/B/A FLORIDA
MEDICAL CENTER.

Defendants.
_________________________________/

**PLAINTIFFS' NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT**

Plaintiffs CHRISTOPHER MAXFIELD and ELIZABETH MAXFIELD ("Plaintiffs") by and through undersigned counsel, hereby provide notice of Plaintiffs' acceptance of Defendants' Offer of Judgment pursuant to Fed. R. Civ. P. 68.

1. On September 16, 2026, Plaintiffs filed their Amended Complaint against Defendants Healthcare Systems of America-Florida LLC, d/b/a Florida Medical Center; HSA NSMC LLC, d/b/a Florida Medical Center; and HSA FMC LLC, d/b/a Florida Medical Center (collectively "Defendants").



**PERERA LAW GROUP, P.A.**
12555 Orange Drive · # 4107 · Davie, FL 33330
www.PBA-Law.com · Phone (786) 485.5232

2. On November 3, 2026, Defendants served an Offer of Judgment to pay Plaintiffs jointly the total sum of Thirty Thousand Dollars ($30,000). See Exhibit “A”.
3. Pursuant to Fed. R. Civ. P. 68, Plaintiffs timely served written Notice of their Acceptance of the Offer via electronic mail to Defendants' attorney of record. A copy of the notice of acceptance, plus proof of service are attached hereto as Exhibit "B".

Dated: November 20, 2026. Respectfully submitted,

*By:* ***/s/ Nathaly Saavedra***
J. Freddy Perera, Esq.
Florida Bar No. 93625
Freddy@pba-law.com
Nathaly Saavedra, Esq.
Florida Bar No. 118315
Nathaly@pba-law.com

**PERERA LAW GROUP**
12555 Orange Drive
Suite 4107
Davie, FL 33330
Telephone: 786-485-5232

*Attorneys for Plaintiffs*