**EXHIBIT**
**A**

Outlook

**Re: 128779-7 - Maxfield, Christopher v. Healthcare Systems of America-Florida LLC, d/b/a Florida Medical Center et al. - Case No: 0:26-cv-61343-MD - SERVICE OF COURT DOCUMENT**

**From** Leitner, Heidi <HLeitner@wickersmith.com>

**Date** Tue 11/3/2026 4:00 PM

**To** J. Freddy Perera <freddy@pba-law.com>; Stephany Castillo <admin@pba-law.com>; Alexandra Hayes <alex@pba-law.com>; Brody Shulman <brody@pba-law.com>; Nathaly Saavedra <nathaly@pba-law.com>; Felipe Gonzalez <felipe@pba-law.com>

**Cc** Paradela, Jr., Robert E. <REParadela@wickersmith.com>; Grass, Yiset <ygrass@wickersmith.com>; Garcia, Carlos <cagarcia@wickersmith.com>; Leitner, Heidi <HLeitner@wickersmith.com>

1 attachment (84 KB)

Defendants' Offer of Judgment.PDF;

**Caution:** This email is from an external source. Do not open links or attachments unless you know the sender.

| **Court Identity:** | **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA** |
|---|---|
| **Case No.:** | 0:26-cv-61343-MD |
| **Initial Parties Plaintiff(s)** | CHRISTOPHER MAXFIELD |
| **Initial Parties Defendant(s)** | HEALTHCARE SYSTEMS OF AMERICA-FLORIDA LLC, d/b/a FLORIDA MEDICAL CENTER, HSA NSMC LLC d/b/a FLORIDA MEDICAL CENTER, and HSA FMC LLC d/b/a FLORIDA MEDICAL CENTER |
| **Document(s) being served:** | 1. Defendants' Offer of Judgment. |
| **Sender's Name:** | Carlos A. Garcia, Esquire |
| **Sender's Phone:** | 954-847-4800 |

Heidi L. Leitner
Legal Assistant

515 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301

954.847.4875 direct | 954.847.4800 main
www.wickersmith.com

Atlanta ● Birmingham ● Fort Lauderdale ● Jacksonville ● Melbourne ● Miami ● Naples ● Nashville ● Orlando ● Palmetto Bay ● Pensacola ● Phoenix ● Sarasota ● St. Petersburg ● Tampa ● West Palm Beach

**Disclaimer:**

*This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify Ms. Lisa Dasher by telephone at (305) 448-3939. You will be reimbursed for reasonable costs incurred in notifying us.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:26-cv-61343-MD

CHRISTOPHER MAXFIELD
and ELIZABETH MAXFIELD,

Plaintiffs,

v.

HEALTHCARE SYSTEMS OF AMERICA-FLORIDA LLC, d/b/a FLORIDA MEDICAL CENTER, HSA NSMC LLC d/b/a FLORIDA MEDICAL CENTER, and HSA FMC LLC d/b/a FLORIDA MEDICAL CENTER,

Defendants.
_____________________________________/

**DEFENDANTS' OFFER OF JUDGMENT**

Defendants, Healthcare Systems of America-Florida LLC, d/b/a Florida Medical Center; HSA NSMC LLC, d/b/a Florida Medical Center; and HSA FMC LLC, d/b/a Florida Medical Center (collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure 68, offer to allow judgment to be entered against them in this action on the following terms:

1. A single judgment will be entered in favor of Plaintiffs, Christopher Maxfield and Elizabeth Maxfield, collectively, and against Defendants, jointly and severally, in the total amount of Thirty Thousand Dollars and No Cents ($30,000.00).

2. The $30,000.00 is the total sum Defendants will pay in this action. It includes, and is in full satisfaction of, all statutory penalties sought under 29 U.S.C. § 1132(c); all damages, benefits, and other monetary relief of any kind; all prejudgment interest; all costs accrued through the date of acceptance; and all attorney's fees incurred by or on behalf of Plaintiffs in this action through the date of acceptance, whether claimed under 29 U.S.C. § 1132(g)(1), Federal Rule of Civil Procedure 54, Local Rule 7.3, or any other statute, rule, or authority. If Plaintiffs accept this offer, they may not seek, and will not be awarded, any attorney's fees, costs, or prejudgment interest beyond the $30,000.00.

3. The judgment will resolve every claim Plaintiffs have asserted against Defendants in this action, including each claim for relief in the First Amended Complaint [DE 29], whether legal, equitable, or declaratory. It will be a judgment for money only and will not include any declaration, injunction, or other equitable relief.

4. This offer is made to Plaintiffs jointly and may be accepted only by both of them, not by one Plaintiff alone.

5. Defendants make this offer under Rule 68, and it is not an admission of liability or an admission that Plaintiffs suffered any damages.

6. Plaintiffs may accept this offer by serving written notice of acceptance on undersigned counsel within fourteen (14) days after service of this offer. Either party may then file the offer, the notice of acceptance, and proof of service, and the Clerk will enter judgment in accordance with Rule 68(a). If Plaintiffs do not accept within that time, the offer is considered withdrawn under Rule 68(b).

Date: November 3, 2026

*/s/ Carlos A. Garcia*
Carlos A. Garcia, Esquire
Florida Bar No. 99768
Robert E. Paradela, Jr., Esquire
Florida Bar No. 1035485
WICKER SMITH O'HARA MCCOY & FORD, P.A.
*Attorneys for Defendants*
515 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
Phone: (954) 847-4800
Fax: (954) 760-9353
FTLcrtpleadings@wickersmith.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 3, 2026, a true and correct copy of the foregoing was served via electronic mail on all counsel of record on the Service List below.

*/s/ Carlos A. Garcia*
Carlos A. Garcia, Esquire

## SERVICE LIST

J. Freddy Perera, Esquire
E-mail: freddy@pba-law.com
Nathaly Saavedra, Esquire
E-mail: nathaly@pba-law.com
Felipe Gonzalez, Esquire
E-mail: felipe@pba-law.com
Perera Law Group, P.A.
12555 Orange Drive, #4107
Davie, FL 33330
Telephone: (786) 485-5232
Counsel for Plaintiffs