**EXHIBIT**

**B**

Outlook

**Service of Court Document- Christopher Maxfield and Elizabeth Maxfield v. Healthcare Systems of America-Florida LLC, d/b/a Florida Medical Center et al. - Case No: 0:26-cv-61343-MD -**

**From** Nathaly Saavedra <nathaly@pba-law.com>
**Date** Tue 11/17/2026 7:14 PM
**To** Paradela, Jr., Robert E. <reparadela@wickersmith.com>; Garcia, Carlos <cagarcia@wickersmith.com>
**Cc** Leitner, Heidi <hleitner@wickersmith.com>; Grass, Yiset <ygrass@wickersmith.com>; J. Freddy Perera <freddy@pba-law.com>; Brody Shulman <brody@pba-law.com>

1 attachment (113 KB)
Plaintiffs acceptance of OOJ.pdf;

## NOTICE OF SERVICE OF COURT DOCUMENTS

| | |
|---|---|
| Court: | United States District Court of Southern District of Florida |
| Case No.: | 0:26-cv-61343-MD |
| Plaintiff(s): | Christopher Maxfield & Elizabeth Maxfield |
| Defendant(s): | Healthcare Systems of America Florida LLC, et al |
| Document(s) | Plaintiffs' Acceptance of Defendants' Offer of Judgment |
| Attorney(s): | Nathaly Saavedra, Esq.<br><br>*Attorneys for Plaintiffs*<br>(786) 485-5232 |

Nathaly

PERERA LAW GROUP

**Nathaly Saavedra, Esq.**
Attorney

**a:** 12555 Orange Drive, #4107 Davie, FL 33330
**a:** 8105 NW 155th St, Miami Lakes, FL 33016
**p:** (786) 485-5232
**e:** nathaly@pba-law.com
**w:** www.PBA-Law.com

*CONFIDENTIALITY NOTICE: This e-mail message may contain information that is attorney-client privileged, confidential, or otherwise protected by applicable law. The information contained in this e-mail is intended to be viewed only by the individual to whom it is addressed. If you are not the person to whom*

*this e-mail is addressed, any dissemination, distribution or copying of this message is strictly prohibited. If you are not the intended recipient or have otherwise received this e-mail in error, please notify the sender by reply e-mail, delete this e-mail, and destroy any copies. Thank you.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:26-cv-61343-DAMIAN/STRAUSS

CHRISTOPHER MAXFIELD and
ELIZABETH MAXFIELD,

Plaintiffs,

vs.

HEALTHCARE SYSTEMS OF
AMERICA-FLORIDA LLC, D/B/A
FLORIDA MEDICAL CENTER,
HSA NSMC LLC D/B/A FLORIDA
MEDICAL CENTER, and
HSA FMC LLC D/B/A FLORIDA
MEDICAL CENTER.

Defendants.
___________________________________/

**PLAINTIFFS' ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT**

Plaintiffs CHRISTOPHER MAXFIELD and ELIZABETH MAXFIELD ("Plaintiffs") hereby provide notice of Plaintiffs' acceptance of Defendants' Offer of Judgment dated November 3, 2026. For the avoidance of doubt, Plaintiffs note the Offer of Judgment being accepted is that within which Defendants Healthcare Systems of America-Florida LLC, d/b/a Florida Medical Center; HSA NSMC LLC, d/b/a Florida Medical Center; and HSA FMC LLC, d/b/a Florida Medical Center offered to pay Plaintiffs jointly the sum of Thirty Thousand Dollars ($30,000).

Dated: November 17, 2026 Respectfully submitted,

*By: **/s/ Nathaly Saavedra***
J. Freddy Perera, Esq.
Florida Bar No. 93625
Freddy@pba-law.com
Nathaly Saavedra, Esq.

Florida Bar No. 118315
Nathaly@pba-law.com

**PERERA LAW GROUP**
12555 Orange Drive
Suite 4107
Davie, FL 33330
Telephone: 786-485-5232

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that, on November 17, 2026, I served the foregoing document, via e-mail, on the following counsel of record:

Carlos A. Garcia, Esq.
Florida Bar No. 99768
Cgarcia1@wickersmith.com
Robert E. Paradela, Jr. Esq.
Florida Bar No. 1035485
Rparadela@wickersmith.com

WICKER SMITH O'HARA
MCCOY & FORD, P.A
515 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
Phone: (954) 847-4800

*Attorney for Defendants*

***/s/ Nathaly Saavedra***
J. Freddy Perera, Esq.
Florida Bar No. 93625
Freddy@pba-law.com
Nathaly Saavedra, Esq.
Florida Bar No. 118315
Nathaly@pba-law.com

**PERERA LAW GROUP**
12555 Orange Drive, Suite 4107
Davie, FL 33330
Telephone: 786-485-5232